Jonathan Schwalb, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X

| | : | |
|---|---|---|
| | : | CASE NO.: 21-18591-JKS |
| IN RE: | : | |
| | : | CHAPTER: 13 |
| Arturo Mora | : | |
| | : | HON. JUDGE.: |
| Debtor | : | John K. Sherwood |
| | : | |
| | : | HEARING DATE: |
| | : | 03/09/2023 at 10:00 AM |

-----------------------------------------------------------------X

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

    **PLEASE TAKE NOTICE,** that upon the application SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, the undersigned shall move this Court for an Order, pursuant to 11 U.S.C. 362(d)(1) and 11 U.S.C. 1301, vacating the automatic stay and co-debtor stay to permit movant, its successors and/or assigns, to enforce its mortgage on the Debtor's premises located at 441 Orchard Street, Englewood, NJ 07631 and for such other and further relief as is just and proper.

    This motion shall be heard at the United States Bankruptcy Court, District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102 on 03/09/2023 at 10:00 AM or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE**, that answering affidavits, if any, must be served so as to be received not later than seven (7) days before the return date of this motion. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

Pursuant to D.N.J. LBR 4001-1 et seq the movant waives oral argument and the court may not hold a hearing unless opposition papers are timely filed. Pursuant to D.N.J. LBR 9013-1(d) et seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion. A copy of the proposed Order which is sought is enclosed with this Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief from the automatic stay.

Dated: Garden City, NY
      02/06/2023

                                          By: /s/ Jonathan Schwalb
                                          Jonathan Schwalb, Esq.
                                          FRIEDMAN VARTOLO LLP
                                          Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust
                                          1325 Franklin Avenue, Suite 160
                                          Garden City, NY 11530
                                          T: (212) 471-5100