Jonathan Schwalb, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
IN RE:

Arturo Mora

Debtor
-----------------------------------------------------------------X

CASE NO.: 21-18591-JKS

CHAPTER: 13

HON. JUDGE.:
John K. Sherwood

HEARING DATE:
03/09/2023 at 10:00 AM

## MOTION FOR RELIEF FROM THE
## AUTOMATIC STAY AND CO-DEBTOR STAY REGARDING REAL PROPERTY

SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, ("Movant") hereby moves this Court, pursuant to 11 U.S.C. 362(d), for relief from the automatic stay with respect to certain real property of the Debtor having an address of 441 Orchard Street, Englewood, NJ 07631 , (the "Property"), for all purposes allowed by law, the Note (defined below), the Mortgage (defined below), and applicable law. In support of this Motion, Movant respectfully states:

### FACTUAL HISTORY

1. A Petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on November 4, 2021. The bankruptcy was converted to a Chapter 7 on October 19, 2022, and it was converted again to a Chapter 13 bankruptcy on January 11, 2023.

2. The Debtor Arturo Mora and Co-Debtor Margaret Mora have executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $190,000.00 (the "Note"). A copy of the Note is attached hereto as **Exhibit A**.

3. Pursuant to the certain Mortgage (the "Mortgage"), executed by Arturo Mora and Margaret Mora, all obligations (collectively, the "Obligations") of the Debtor and Co-Debtor under and with respect to the Note and Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as **Exhibit B**.

4. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain Assignments of Mortgage, copies of which are attached hereto as **Exhibit C**.

5. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $1,050.00 in legal fees and $188.00 in filing costs.

## LEGAL ARGUMENT

6. Pursuant to 11 U.S.C. §362 (d)(1), the court shall enter an order granting a secured creditor relief from the automatic stay for cause "including the lack of adequate protection of an interest in property of such party and interest."

7. Specifically, courts have found cause for the granting of relief from an automatic stay where the debtor has failed to make post-petition mortgage payments as they become due. In Re Michael Lancelot Taylor, 151 B.R. 646,648 (Bankr. E.D.N.Y. 1993).

8. As is shown in attached **Exhibit D**, Certification RE Post-Petition Payment History the Debtor and Co-Debtor are post-petition default for a total of **$10,997.06** including post-petition payment arrears in the amount of $11,473.92, attorney's fees and costs for the Motion in the amount of $1,238.00, less suspense in the amount of $1,714.86.

9. Oral argument is waived.

**WHEREFORE**, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

    1.    Relief from the stay for all purposes allowed by law, the Note, the Mortgage and applicable law, including but not limited to allowing Movant and any successor or assigns to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

    2.    That the Order be binding and effective despite any conversion of this bankruptcy case to another case under any other chapter of Title 11 of the United States Code.

    3.    For such other relief as the Court deems proper.

Dated: 02/06/2023
        Garden City, NY

                      By: /s/ Jonathan Schwalb
                      Jonathan Schwalb, Esq.
                      FRIEDMAN VARTOLO LLP
                      Attorneys for SN Servicing Corporation as servicer
                      for U.S. Bank Trust National Association, as
                      Trustee of the Lodge Series III Trust
                      1325 Franklin Avenue, Suite 160
                      Garden City, NY 11530
                      T: (212) 471-5100